# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WATSON, an individual, | Case No.: ED CV 16-2512 DMG (SPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHARTER COMMUNICATIONS INC., an unknown entity; TIME WARNER CABLE, an unknown entity; and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to the Court's Order granting Defendants' Motion for Summary Judgment, filed on August 30, 2017,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants Charter Communications Inc. and Time Warner Cable and against Plaintiff Kevin Watson.

DATED: August 30, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE